| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF OHIO |
| Case number *(if known)*                                  Chapter    **7** |
|  |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  **The SmarTV Company LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  **45-5479072**

**4. Debtor's address**

**Principal place of business**

**480 Olde Worthington Rd., Suite 350
Westerville, OH 43082**
Number, Street, City, State & ZIP Code

**Delaware**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  **http://www.exceptionalinnovation.com**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor **The SmarTV Company LLC** _____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **The SmarTV Company LLC** _____ Case number (*if known*) _____

Name

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **The SmarTV Company LLC**  Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 12, 2019**
MM / DD / YYYY

X **/s/ John J. Brannelly**                                          **John J. Brannelly**
Signature of authorized representative of debtor                     Printed name

Title  **Sole Manager**

**18. Signature of attorney**

X **/s/ J. Matthew Fisher**                      Date **February 12, 2019**
Signature of attorney for debtor                      MM / DD / YYYY

**J. Matthew Fisher 0067192**
Printed name

**Allen Stovall Neuman Fisher & Ashton LLP**
Firm name

**17 South High Street**
**Suite 1220**
**Columbus, OH 43215**
Number, Street, City, State & ZIP Code

Contact phone  **(614) 221-8500**           Email address  **fisher@asnfa.com**

**0067192 OH**
Bar number and State

## ACTION OF THE BOARD OF DIRECTORS AND SOLE SHAREHOLDER OF EXCEPTIONAL INNOVATION, INC. TAKEN BY WRITTEN CONSENT IN LIEU OF MEETING

### FEBRUARY 8, 2019

*AUTHORIZATION OF FILING CHAPTER 7 BANKRUPTCY*

WHEREAS, Exceptional Innovation, Inc., (the "Company"), an Ohio for-profit corporation, through its duly elected Board of Directors and the consent of its Sole Shareholder, deems it advisable and in the best interests of the Company, its creditors, and all parties in interest to seek protection under Chapter 7 of Title 11 of the United States Code, and to employ competent professional assistance to guide the Company through its liquidation process.

RESOLVED, that the Company be, and hereby is, authorized to file a petition for relief under Chapter 7 of Title 11 of the United States Code for the Southern District of Ohio, Eastern Division (the "Bankruptcy Proceeding").

RESOLVED FURTHER, that John J. Brannelly, the President of the Company, (the "Authorized Officer"), on behalf of the Company, be, and hereby is, authorized to execute and file on behalf of the Company any and all petitions for relief, papers, and other documents which are proper and necessary to initiate the Bankruptcy Proceeding, together with any and all other papers and documents incidental thereto.

RESOLVED FURTHER, that the Company be, and hereby is, authorized to retain the law firm of Allen Stovall Neuman Fisher & Ashton LLP as legal counsel to represent it in connection with the Bankruptcy Proceeding.

RESOLVED FURTHER, that the Authorized Officer of the Company, is hereby authorized and directed, after consultation with legal counsel for the Company, to take in the name and on behalf of Company, any and all action as necessary to effect the matters set forth in or reasonably contemplated by the foregoing resolutions, including without limitation the execution and delivery of any additional agreements, certificates, waivers, consents, amendments or other agreements or instruments deemed appropriate by such Authorized Officer, the payment of all fees, including recording and filing fees, and the observance and performance of the Company's obligations and the enforcement of the Company's rights thereunder or otherwise with respect to such matters.

RESOLVED FURTHER, that all actions previously taken or that will be taken by the Authorized Officer of the Company in connection with or related to the matters set forth in or reasonably contemplated by the foregoing resolutions be, and each of them hereby is, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

1

RESOLVED FURTHER, that any prior resolutions of the Board of Directors and/or Sole Shareholder to the contrary are hereby superseded and of no further force and effect.

IN WITNESS WHEREOF, this unanimous written consent of the Board of Directors and Sole Shareholder of the Company is hereby executed and adopted as of the date first above written.

BOARD OF DIRECTORS:

_____
John J. Brannelly

SOLE SHAREHOLDER:

EXCEPTIONAL INNOVATION
INTERMEDIATE BV

By:_____
Management Board, Member A

By:_____
Management Board, Member B

2

## ACTION OF THE SOLE MANAGER AND SOLE MEMBER OF THE SMARTV COMPANY LLC TAKEN BY WRITTEN CONSENT IN LIEU OF MEETING

## FEBRUARY 8, 2019

### *AUTHORIZATION OF FILING CHAPTER 7 BANKRUPTCY*

WHEREAS, The SmarTV Company LLC, (the "Company"), an Ohio limited liability company, through its duly elected Sole Member and the unanimous consent of its Sole Member, deems it advisable and in the best interests of the Company, its creditors, and all parties in interest to seek protection under Chapter 7 of Title 11 of the United States Code, and to employ competent professional assistance to guide the Company through its liquidation process.

RESOLVED, that the Company be, and hereby is, authorized to file a petition for relief under Chapter 7 of Title 11 of the United States Code for the Southern District of Ohio, Eastern Division (the "Bankruptcy Proceeding").

RESOLVED FURTHER, that John J. Brannelly, the Sole Manager of the Company, (the "Authorized Officer"), on behalf of the Company, be, and hereby is, authorized to execute and file on behalf of the Company any and all petitions for relief, papers, and other documents which are proper and necessary to initiate the Bankruptcy Proceeding, together with any and all other papers and documents incidental thereto.

RESOLVED FURTHER, that the Company be, and hereby is, authorized to retain the law firm of Allen Stovall Neuman Fisher & Ashton LLP as legal counsel to represent it in connection with the Bankruptcy Proceeding.

RESOLVED FURTHER, that the Authorized Officer of the Company, is hereby authorized and directed, after consultation with legal counsel for the Company, to take in the name and on behalf of Company, any and all action as necessary to effect the matters set forth in or reasonably contemplated by the foregoing resolutions, including without limitation the execution and delivery of any additional agreements, certificates, waivers, consents, amendments or other agreements or instruments deemed appropriate by such Authorized Officer, the payment of all fees, including recording and filing fees, and the observance and performance of the Company's obligations and the enforcement of the Company's rights thereunder or otherwise with respect to such matters.

RESOLVED FURTHER, that all actions previously taken or that will be taken by the Authorized Officer of the Company in connection with or related to the matters set forth in or reasonably contemplated by the foregoing resolutions be, and each of them hereby is, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

1

RESOLVED FURTHER, that any prior resolutions of the Sole Member and/or Sole Manager to the contrary are hereby superseded and of no further force and effect.

IN WITNESS WHEREOF, this unanimous written consent of the Sole Member and/or Sole Manager of the Company is hereby executed and adopted as of the date first above written.

SOLE MANAGER:

_____
John J. Brannelly, Sole Manager

SOLE MEMBER:

EXCEPTIONAL INNOVATION, INC.

By:_____
John J. Brannelly, President

```
101 TECHNOLOGIES INC
43070 263rd St
Emery, SD 57332

A2Z VENDING, LLC
PO Box 648
Lewis Center, OH 43035

AL NELS
897 WINESAP DR
BEAVERCREEK, OH 45434

AMERICAN EXPRESS
PO BOX 53611
Phoenix, AZ 85072-3611

AMERICAN HOTEL & LODGING ASSOCIATION
1250 I Street NW #1100
Washington, DC 20005

AMT - ADVANCE MEDIA TECHNOLOGIES INC
3150 SW 15th Street
Deerfield Beach, FL 33442

ANTHEM BCBS OH GROUP
PO Box 105673
Atlanta, GA 30348-5673

ARAMARK
13623 Otterson Ct #6093
Livonia, MI 48150

ATTM *830221915NBI
PO Box 6463
Carol Stream, IL 60197-6463

AVNET EMBEDDED
PO BOX 70390
Chicago, IL 60673-0390

BARRACUDA NETWORKS INC
Dept LA 22762
Pasadena, CA 91185-2762

BUCKEYE UTILITY BILLING SRVS
PO Box 820
Pickerington, OH 43147

CANDICE MARTINI
1431 Meadowbank Dr
Worthington, OH 43085
```

```
CAPITAL INTELLECT PARTNERS INC
11111Santa Monica Blvd
Suite 650
Los Angeles, CA 90025

CAPITOL OFFICE SUPPLY
777 Dearborn Park Lane Suite E
Worthington, OH 43085

CHOCTAW NATION GAMING COMMISSION
P.O. BOX 5229
DURANT, OK 74702

CHRIS SHEPARD
2152 J Bird Lane
Poplar Bluff, MO 63901

CITY OF WESTERVILLE
64 E. Walnut Street
Westerville, OH 43081

CNA INSURANCE
PO BOX 790094
St. Louis, MO 63179-0094

Colorado
Department of Revenue
P.O. BOX 17087
Denver, CO 80217-0087

COMDOC INC
PO Box 932159
Cleveland, OH 44193

CPA GLOBAL LIMITED
2318 Mill Road, 12th Floor
Alexandria, VA 22314

DAVENPORT EVANS HURWITZ & SMITH LLP
206 W. 14th Street
PO BOX 1030
Sioux Falls, SD 57101-1030

DAVID FREELAND
2458 Bryton Drive
Powell, OH 43065

DCI - DESIGN COMMUNICATIONS LLC
6851 Jericho Turpike S-260
Syosset, NY 11791

DELTA DENTAL
PO Box 633198
Cincinnati, OH 45263
```

Deutsche Bank Trust Company Americas
60 Wall Stret, 16th Floor
New York, NY 10005

DISH
320 S. Capital of Texas HI SB SUB TWO
Austin, TX 78726

ERIC EICHENSEHR
6671 Plumb Road
Galena, OH 43021

EXECUTIVE TRAVEL
6260 South Sunbury Road Suite 4
Westerville, OH 43081

FINELINE GRAPHICS
48 Goodale Blvd
Columbus, OH 43212

FIRST ELECTRONICS INC
211 W Vaughn Street
Tempe, AZ 85283

FIRST FRIDAY
First Floor, Fairway House, Rear of 64-6
Great Missenden, UK HP16 0AN
UK

FYI TELEVISION INC
1901 N. State Highway 360 Suite 200
Grand Prairie, TX 75050

GENIATECH (HK) CO LTD
Flat B 39/F Tower, 1 Ma on Shan Centre,
Sha Tin N.T., ON
CANADA

GENIATECH (HK) CO LTD (EI INC)
Flat B 39/F Tower, 1 Ma on Shan Centre
Sha Tin N.T., ON
CANADA

GEORGIA CUSTOM CABLE DESIGN INC
278 Malone Road
Fayetteville, GA 30215

INFINITE CONFERENCING PARTNERS LLC
PO Box 836
Short Hils, NJ 07078

INFINITI FINANCIAL SERVICES
PO Box
Cincinnati, OH 45274

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

INTUIT-LACERTE
PO Box 52103
Phoenix, AZ 85072-2103

JAMES NARO CONSULTING LLC
4 EAST TWIN OAKS ESTATES
SIOUX FALLS, SD 57105

JAMIE NUEBEL
805 N Garnet Circle
Brandon, SD 57005

JC & COMPANY
125 West Mulberry Street
Lancaster, OH 43130

KENNY NG
10028 MADISON WALK AVE
LAS VEGAS, NV 89149

KENWEL PRINTERS INC
4272 Indianola Avenue
Columbus, OH 43214

KESTRA ADVISORY SVCS LLC
5008 Pine Creek Drive
Suite B
Westerville, OH 43081

KNOBBE MARTENS OLSEN & BEAR LLP
2040 Main Street, 14th Flr
Irvine, CA 92614

LEVEL 3 COMMUNICATIONS
1025 Eldorado Blvd
Bloomfield, CO 80021

LYNN BELL
1829 Argyle Drive
Columbus, OH 43219

MATTHEW MOORE
1529 Runaway Bay Drive APT 2B
Columbus, OH 43204

MEDICAL MUTUAL
PO Box 943
Toledo, OH 43697-0943
```

```
MICHAEL J MCCARRON
6105 S Venita Circle
Sioux Falls, SD 57108

MICHAEL SCHERTZER
2508 Ferris Park Drive N
Columbus, OH 43224

MPEG LA, LLC
4600 S Ulster St., Suite 400
Denver, CO 80237

MRACHEK,FITZGERALD,ROSE,KONOPK
505 S. FLAGLER DRIVE
# 600
West Palm Beach, FL 33401

NICOLE GERSPER
1911 Wingate Drive
Delaware, OH 43015

NRAI NATIONAL REGISTERED AGENTS INC
PO Box 4349
Carol Stream, IL 60197-4349

Ohio Atty General, Collec. Enforcement
Attn:  Bankruptcy Unit
150 East Gay Street, 21st Floor
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
Attn. Law Section Bankruptcy Unit
P.O. Box 15667
Columbus, OH 43215

OHIO BWC (BUREAU OF WORKERS' COMPENSATIO
30 W Spring St.
Columbus, OH 43215

Ohio Department of Job & Family Services
Office of Legal Services
30 E. Broad Street, 31st Floor
Columbus, OH 43215

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

OHPARK AIRPORT PARKING
840 Stelzer Road
Columbus, OH 43219-5717
```

```
ORACLE AMERICA INC
500 Oracle Parkway
Redwood Shores, CA 94065

PACE INTERNATIONAL
3582 TECHNOLOGY DRIVE NW
P.O. BOX 6937
Rochester, MN 55903

PACKET SHIP TECHNOLOGIES LTD
The Old Mill, Mount Hawke, Truro
Cornwall, UK TR4   8BL, UK

PAYCHEX
1175 John St
West Henrietta, NY 14586-9199

PENTEGRA SERVICES, INC.
701 Westchester Ave. Suite 320E
White Plains, NY 10604

PERFECT VISION MANUFACTURING
PO BOX 841444
Dallas,, TX 75284-1444

PITNEY BOWES GLOBAL FINANCIAL SERVICES L
PO Box 371887
Pittsburgh, PA 15250

Potential Employee Claims
(to be supplemented; privacy concerns)

PRINCIPAL LIFE INS GRP
711 High St.
Des Moines, IA 50392

PUBLIC RADIO INTERNATIONAL
401 Second Ave North, Suite 500
Minneapolis, MN 55401

PUREHD LLC
365 Boston Post Road, #360
Sudbury, MA 01776

RICK SWIFT
125 Boonsboro Drive
Lynchburg, VA 24503

ROBERT HALF TECHNOLOGY
PO Box 743295
Los Angeles, CA 90074-3295

SCOTT AKESSON
1310 E Ocean Blvd Unit 1505
Long Beach, CA 90802
```

```
SEALE MOORER
2956 Bellflower Lane
Naples, FL 34105

SHANE PIERCE
842 Wilcox Road Unit 2
Poplar Bluff, MO 63901

SPECIAL CONTINGENCY RISKS INC
30 Fenchurch Ave
London EC3M 5AD, UK

ST INVESTMENT PROPERTIES LLC
480 Olde Worthington Road, Suite 350
Columbus, OH 43082

STANLEY CONVERGENT SECURITY
9998 Crosspoint Blvd, Suite 300
Indianapolis, IN 46256

STEVE BERREY
3295 Lantern Coach Lane
Roswell, GA 30075

STEVE CAMPBELL
330 Village Dr
Rifle, CO 81650

STEVE PALACIOS dba ASSOCIATED SUPPORT LL
3350 Ridgelake Drive Suite 200
Metairie, LA 70002

SUNEIL AGGARWAL
821 Warwick Drive
Westerville, OH 43082

TEKSYSTEMS
7437 Race Road
Hanover, MD 21076

TERRY MALONE
1916 Pineland Drive
Clearwater, FL 33755

THE BEHAL LAW GROUP LLC
501 South High Street
Columbus, OH 43215

THRIFTY CAR RENTAL HQ
DEPT 2241
Tulsa, OK 74182

TIME WARNER CABLE
PO Box 916
Carol Stream, IL 60132
```

```
TONKON TORP LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204

TRAVELERS
PO Box 3204
Naperville, IL 60566

ULINE
PO Box  88741
Chicago, IL 60680-1741

VECIMA NETWORKS INC
150 Cardinal Place
Saskatoon, SK
CANADA

VELOCITY INC
7130 Spring Meadows West Drive
Holland, OH 43528

VERIMATRIX
6059 Cornerstone Court West
San Diego, CA 92121

VERIZON WIRELESS
PO Box 25505
Lehigh Valley, PA 18002

VIDEO AUDIO SPECIALISTS INC
2010 E Charleston Blvd
Las Vegas, NV 89104

VISION SERVICE PLAN
PO Box 742109
Los Angeles, CA 90074

VUBIQUITY
3900 W. Alameda Ave, Suite 1700
Burbank, CA 91505

WAGEWORKS, INC.
PO Box 8363
Pasadena, CA 91109

WORLDWIDE EXPRESS
PO Box 733360
Dallas, TX 75373

XTRA LEASE LLC
1625 Frank Road
Columbus, OH 43223
```

# United States Bankruptcy Court
## Southern District of Ohio

In re  **The SmarTV Company LLC**                                   Case No.
Debtor(s)                                                            Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The SmarTV Company LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Exceptional Innovation, Inc.**
**c/o Jack Brannelly, Gen Counsel (GWH)**
**405 Lexington Ave, 26th Floor**
**New York, NY 10174**

☐ None [*Check if applicable*]

| | |
|---|---|
| **February 12, 2019** | /s/ J. Matthew Fisher |
| Date | J. Matthew Fisher 0067192 |
| | Signature of Attorney or Litigant |
| | Counsel for   **The SmarTV Company LLC** |
| | **Allen Stovall Neuman Fisher & Ashton LLP** |
| | **17 South High Street** |
| | **Suite 1220** |
| | **Columbus, OH 43215** |
| | **(614) 221-8500 Fax:(614) 221-5988** |
| | **fisher@asnfa.com** |