# United States Bankruptcy Court
## Southern District of Ohio

In re  **The SmarTV Company LLC**　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 12, 2019**　　　　　　　　**/s/ John J. Brannelly**
　　　　　　　　　　　　　　　　　　　　　　**John J. Brannelly**/**Sole Manager**
　　　　　　　　　　　　　　　　　　　　　　Signer/Title