**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO (COLUMBUS)**

| | |
|---|---|
| **In re:** | **Case No. 2:19-bk-50765** |
| **The SmarTV Company LLC** | **Chapter 7** |
| **Debtor.** | **Judge John E. Hoffman, Jr.** |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

NOTICE IS HEREBY GIVEN pursuant to Rule 9010 of the Federal Rules of Bankruptcy

Procedure that Jonathan S. Hawkins of Thompson Hine LLP, appears for and on behalf of

Deutsche Bank Trust Company Americas, as Security Agent, Paying Agent, and Account Bank

pursuant to that certain Facility Agreement dated June 30, 2015, a party-in-interest in this

Chapter 7 case.

PLEASE TAKE NOTICE, that the undersigned attorney of Thompson Hine LLP requests

that he be added to the official mailing matrix in this case, and that copies of all pleadings and

other papers, however designated, filed in this case and all notices given or required to be given

in this case, be given to and served upon the undersigned at the following address:

Jonathan S. Hawkins, Esq.
THOMPSON HINE LLP
Discovery Place
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342-4934
937.443.6860 (telephone)
937.443.6635 (facsimile)
jonathan.hawkins@thompsonhine.com

NOTICE IS FURTHER GIVEN that the foregoing request includes not only pleadings

and notices referred to in Bankruptcy Rule 2002, but also includes, without limitation, all other

notices and all other pleadings, such as orders, applications, motions, petitions, complaints,

demands, or otherwise, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, hand delivery, CM/ECF, telephone, telegraph, telex, telecopy

or otherwise, that affect the above-captioned Debtor, the property of such Debtor or the Debtor's

estate.


*/s/ Jonathan S. Hawkins*
Jonathan S. Hawkins (#0082860)
THOMPSON HINE LLP
Discovery Place
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342
(937) 443-6804 (voice)
(937) 443-6635 (facsimile)
Jonathan.Hawkins@thompsonhine.com

*Counsel for Deutsche Bank Trust Company
Americas*


## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2019, a copy of the foregoing Notice of Appearance
was served on the following registered ECF participants electronically through the court's ECF
System at the email addresses registered with the Court:

| | |
|---|---|
| Asst US Trustee (Col) | ustpregion09.cb.ecf@usdoj.gov |
| Christal L Caudill | trusteepleadings@caudill-law.com, ccaudill@ecf.epiqsystems.com |
| J Matthew Fisher | fisher@aksnlaw.com, doan@aksnlaw.com |
| Larry J. McClatchey | lmcclatchey@keglerbrown.com, hmckinley@keglerbrown.com |


*/s/ Jonathan S. Hawkins*
Jonathan S. Hawkins (#0082860)

4818-7055-5017.1