## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 19-50765 |
| | : | |
| The SmarTV Company LLC | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge John E. Hoffman Jr. |

### AFFIDAVIT

I, Christal L. Caudill, being first duly sworn, depose and state as follows:

1. I am the attorney named in the Application filed in this case.

2. I am an attorney and have been duly admitted to practice in the United States District Court for this District.

3. I am not employed or connected with said Debtor(s) or with any person having any interest adverse to said Trustee, or to the estate.

4. I have no past or present relationship with the Debtor(s), any insiders or affiliates of the Debtor(s), or any creditor or equity security holder of the Debtor(s), or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

5. The proposed employment sought by the attached application is not prohibited by or improper under Fed. Bankruptcy Rule 5002.

_____
Christal L. Caudill

Subscribed and sworn to before me this ___5th___ day of March 2019

_____
Notary Public

NANNETTE B. DEAN, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.