## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| The SmarTV Company, LLC | : | Case No.: 19-50765 |
| | : | Chapter: 7 |
| Debtor. | : | Judge: John E. Hoffman, Jr. |
| | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Jeanna M. Weaver of the law firm Plunkett Cooney, P.C. gives notice of her appearance as counsel for interested party John E. Neyer of Neyer Real Estate Management, LLC, in his capacity as the Court-Appointed Receiver in Delaware County Common Pleas Court, Case No. 19CV E 02 0105, on behalf of ST Investment Properties LLC, and pursuant to Rules 2002, 6007, and 9007 of the Bankruptcy Rules, demands that all Notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned counsel.

*/s/ Jeanna M. Weaver*
Jeanna M. Weaver (0075186)
PLUNKETT COONEY
300 East Broad Street, Ste. 590
Columbus, Ohio 43215
Tel: (614) 629-3000; Fax: (614) 629-3019
jweaver@plunkettcooney.com
*Counsel for John E. Neyer, Court-Appointed Receiver*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2019 a copy of the foregoing Notice of Appearance and Request for Service was served electronically through the Court's ECF System on all ECF participants registered in this case at the email dress registered with the court and by ordinary US Mail addressed to:

J. Matthew Fisher
Allen, Kuehnle Stovall & Neuman, LLP
17 South High Stret, Suite 1220
Columbus, Ohio 43215

Christal L. Caudill
3757 Attucks Drive
Powell, Ohio 43065

                                              /s/Jeanna M. Weaver
                                              Jeanna M. Weaver (0075186)

Open.27458.90780.21758456-1