**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: March 6, 2019**



John E. Hoffman, Jr.
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No.  19-50765 |
| | : | |
| The SmarTV Company LLC | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge John E. Hoffman Jr. |

### ORDER AUTHORIZING TRUSTEE TO EMPLOY COUNSEL
### (REL DOC NO 10)

This matter is before the Court upon the Application of Christal L. Caudill, Trustee, for authority to employ counsel.

**WHEREUPON**, upon consideration of said Application, the Court, finds that it will be in the best interest of the within estate that the Trustee have competent legal counsel to advise and assist her in the administration of this estate, that it is in the best interest of the estate that the Trustee be authorized to retain Christal L. Caudill and

Caudill Law Group, as attorneys for the estate, and that Christal L. Caudill and the other attorneys of Caudill Law Group are qualified to act as such attorneys under 11 U.S.C. § 327.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Christal L. Caudill and Caudill Law Group be, and it hereby is, appointed as attorney for the Trustee for the within estate to represent the Trustee generally; that said appointment shall be effective as of the date of the filing of the Application to Employ Counsel; and that the compensation of Christal L. Caudill and Caudill Law Group as such attorneys shall be fixed and paid as an expense of administration of the estate.

**IT IS SO ORDERED.**

Copies to:  Default List