**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*John E. Hoffman, Jr.*
United States Bankruptcy Judge

**Dated: March 6, 2019**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re** | : | **Case No. 19-50765** |
| | : | |
| **The SmarTV Company, LLC** | : | **Chapter 7** |
| | : | |
| **Debtor.** | : | **Judge John E. Hoffman Jr.** |

**ORDER GRANTING MOTION OF DEBTOR THE SMARTV COMPANY, LLC, FOR EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, REMAINING SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND RELATED STATEMENTS**
**[RELATED DOC. NO. 9]**

This matter is before the Court upon the motion ("Motion") of debtor The SmarTV Company, LLC, (the "Debtor"), pursuant to Bankruptcy Rule 1007(c) for an Order extending through March 12, 2019, the time by which Debtor must file its Schedules and Statements[1], as required by Bankruptcy Rule 1007; whereupon after notice, the Court finds that the relief requested in such Motion is well taken and should be granted.

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as ascribed to them in the Motion.

NOW, THEREFORE, IT IS ORDERED that the time within which Debtor shall file its Schedules and Statements as required by Bankruptcy Rule 1007(b)(1), is hereby extended through March 12, 2019.

IT IS SO ORDERED.

SUBMITTED BY:

/s/J. Matthew Fisher
J. Matthew Fisher            (0067192)
Allen Stovall Neuman Fisher & Ashton LLP
17 South High Street, Suite 1220
Columbus, OH  43215
(614) 221-8500; Facsimile: (614) 221-5988
E-mail:        fisher@asnfa.com
*Counsel for Debtor The SmarTV Company, LLC*

Copies to:    Default List

###

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                   Case No. 19-50765-jeh
The SmarTV Company LLC                                                   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0648-2          User: rosanop            Page 1 of 1              Date Rcvd: Mar 06, 2019
                              Form ID: pdf01           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.
db             +The SmarTV Company LLC,   480 Olde Worthington Rd., Suite 350,   Westerville, OH 43082-7067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:
        Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
        Christal  Caudill    on behalf of Trustee Christal L Caudill clcaudill@caudill-law.com
        Christal L Caudill    trusteepleadings@caudill-law.com, ccaudill@ecf.epiqsystems.com
        J Matthew Fisher    on behalf of Debtor   The SmarTV Company LLC fisher@aksnlaw.com, doan@aksnlaw.com
        Jeanna M Weaver    on behalf of Creditor   ST Investment Properties LLC jweaver@plunkettcooney.com, amyerscough@plunkettcooney.com
        Jonathan S Hawkins    on behalf of Interested Party   Deutsche Bank Trust Company Americas jonathan.hawkins@thompsonhine.com, mary.hicks@thompsonhine.com;ECFDocket@thompsonhine.com
        Larry J. McClatchey    on behalf of Creditor   SQN Capital Management, LLC lmcclatchey@keglerbrown.com, hmckinley@keglerbrown.com
        TOTAL: 7