Form a0ndcred
(8/14)

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

| | |
|---|---|
| In Re:   The SmarTV Company LLC | Case No.: 2:19−bk−50765 |
| Debtor(s) | Chapter: 7 |
| SSN/TAX ID:   45−5479072 | Judge:   John E. Hoffman Jr. |

**Notice of Deficient Filing,
Order Setting 7 Day Deadline for Compliance
or Presentation to Bankruptcy Judge**

The above−captioned bankruptcy case was initially filed without schedules. The schedules were subsequently filed, but they were not accompanied by a certification as required by Local Bankruptcy Rule 1007−1.

A certification by the debtor that the schedules do not contain any additional or different creditors or other parties in interest is due **SEVEN (7)** days from the date of this Notice and Order.  If there are additional or different creditors or other parties in interest an amendment to the list of creditors must be filed.

If a certification or amended list of creditors is not filed by the deadline, this case shall be presented to the bankruptcy judge for further action, including possible dismissal.

**IT IS SO ORDERED.**

Dated: March 13, 2019

**/s/ BY THE COURT**