## United States Bankruptcy Court
### Southern District of Ohio

In re   **The SmarTV Company LLC**                                        Case No.   **2:19-bk-50765**

_____   Chapter   **7**

Debtor(s)

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Former Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 14, 2019**                     **/s/ John J. Brannelly**
_____   _____
                                  **John J. Brannelly/Former Manager**
                                  Signer/Title

Albert, James
2785 Goldenstrand Dr
Hilliard, OH 43026

Bell, Lynn A
1829 Argyle Dr
Columbus, OH 43219

Carr, Geoffrey
410 Sunbury Meadows Dr.
Sunbury, OH 43074

Carr, Ryan
528 Raccoon Lane
Sunbury, OH 43074

Chapman, Christopher
670 Sunbury Meadows Dr
Sunbury, OH 43074

Chapman, Jonathan
7370 Mirliton Court
Galena, OH 43021

Chitrala, Dinesh
8058 Willow Brk Crossing
Blacklick, OH 43004

Daily, Evan P
1658 Parkgate Road
Columbus, OH 43229

Danser, Andrew
964 Saffron Dr
Sunbury, OH 43074

David Miller
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Deluca, Candice
6705 Meadow Creek Dr., #206
Columbus, OH 43235

Dill, Jonathan
9052 Kingsley Dr.
Reynoldsburg, OH 43068

Eichensehr, Eric
6671 Plumb Rd
Galena, OH 43021

```
Elson, Jason
6027 Deansboro Dr
Columbus, OH 43081

Farrar, Christopher
4512 Crompton Dr
Upper Arlington, OH 43220

Flanagan, Thomas
6156 Jolliff St
Galloway, OH 43119

Flynn, Casey
4737 Silvermoss Dr.
Sarasota, FL 34243

Forsythe, James
1560 Deer Crossing Lane
Worthington, OH 43085

Fraser, Kevin
801 Polaris Parkway, #457
Columbus, OH 43240

Freeland, David
2308 Sedgebrook Ct
Dublin, OH 43016

Freeman, Jarrod
832 Thurber Dr W., Apt. 18
Columbus, OH 43215

Greeley, Timothy
2783 Shady Ridge Dr
Columbus, OH 43231

Green, Jerry
18 Downing Drive
Zanesville, OH 43701

Heffner, Jeanine
5754 Privilege Dr
Hilliard, OH 43026

Hill, Michael T
887 Windbourne St
Gahanna, OH 43230

Hill, Ryan
887 Windbourne St
Gahanna, OH 43230

Infante, Michael
210 New Castle Dr.
Duncan, SC 29334
```

Johnston, Andrew
6126 Alice Dr
Westerville, OH 43081

Keith, Terry H
5693 Wena Way
Westerville, OH 43081

Kirk, Marietta
103 S. Terrace Ave
Columbus, OH 43204

Kobalka, Joseph
7581 Bella Dr
Columbus, OH 43085

Krull, Michael
8842 Morris Rd.
Hilliard, OH 43026

Kustrin, John
8590 GoldLeaf Lane
Dublin, OH 43016

Kyle, M. Elizabeth
11180 Coop Lane
Thornville, OH 43076

Matt Stephey
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

McGuire, John
670 Sunbury Meadows Dr
Sunbury, OH 43074

McMullen, Mark
1600 Worthington Park Blvd
Westerville, OH 43081

McVay, Christopher J
539 Braxton Pl W
Westerville, OH 43081

Merhar, Nora
457 East Royal Forest Blvd
Columbus, OH 43214

Michael Schertzer
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Mokas, Cameron
52 Preston Rd
Columbus, OH 43209

Moore, Matthew
2218 Aschinger Blvd
Columbus, OH 43212

Moorer, Seale
2956 Bellflower Lane
Naples, FL 34105

Ng, Kenneth
10028 Madison Walk Ave.
Las Vegas, NV 89149

Nicholas Dalton
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Ohlund, Patricia
6105 Central Park Dr.
Columbus, OH 43231

Pierce, Donald S
842 Wilcox Rd., Unit 2
Poplar Bluff, MO 63901

Rice, Toby
33 Southview Dr.
Sunbury, OH 43074

Richard Conley
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Rund, Dennis
312 Basswood Street
Delaware, OH 43015

Sharon Miller
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Smith, Jason E
3928 Rennes Drive
Columbus, OH 43221

Swary, William
1886 Greenglen Ct.
Columbus, OH 43229

Tammy Tull Oakley
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Terrance Malone
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Thomas Leone
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Thomas, Savannah
800 W Maple St.
Fayetteville, AR 72701

Thompson, David
2783 Shady Ridge Dr.
Columbus, OH 43231

Thompson, Melissa
2783 Shady Ridge Dr.
Columbus, OH 43231

Turner, Jonathan
3337 Sunglow Dr.
Lewis Center, OH 43035

Unthank, David W
1404 Saddle Ridge Ln
Columbus, OH 43085

Virgin, William K
482 Melimare Dr.
Galena, OH 43021

Watts, Howard L
5736 Cali Glen Ln
Westerville, OH 43082

Wilder, Eric
174 Aspen Court
Delaware, OH 43015

Yagdzhiyants, Artur
117 Green Mill
Blacklick, OH 43004

Zedlitz, Thomas J
39 Hawthorne Dr.
Ashville, OH 43103

Zupko, Brian
1443 Tarragon Dr.
Marysville, OH 43040