# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re** | : | Case No. 19-50765 |
| | : | |
| **The SmarTV Company, LLC** | : | Chapter 7 |
| | : | |
| **Debtor.** | : | **Judge John E. Hoffman Jr.** |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the *Notice of Chapter 7 Bankruptcy Case—No Proof of Claim Deadline* [Doc. 4], a copy of which is attached hereto, was served by ordinary U.S. mail, on March 14, 2019 addressed to those parties listed on the attached Service List.

Respectfully submitted,

/s/ J. Matthew Fisher
J. Matthew Fisher          (0067192)
Allen Stovall Neuman Fisher & Ashton LLP
17 South High Street, Suite 1220
Columbus, OH  43215
Telephone (614) 221-8500
Facsimile (614) 221-5988
fisher@asnfa.com
*Attorneys for Debtor*

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | **The SmarTV Company LLC** | Social Security number or ITIN | _ _ _ _ |
| | First Name    Middle Name    Last Name | EIN | **45–5479072** |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Southern District of Ohio** | Date case filed for chapter **7** | **2/12/19** |
| Case number: **2:19–bk–50765** | Case Assigned To: **John E. Hoffman Jr.** | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | The SmarTV Company LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 480 Olde Worthington Rd., Suite 350<br>Westerville, OH 43082 | |
| 4. | **Debtor's attorney**<br>Name and address | J Matthew Fisher<br>Allen, Kuehnle Stovall & Neuman LLP<br>17 South High Street, Suite 1220<br>Columbus, OH 43215 | Contact phone (614) 221–8500<br><br>Email: fisher@aksnlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Christal L Caudill<br>3757 Attucks Drive<br>Powell, OH 43065 | Contact phone 614–389–4940<br><br>Email: trusteepleadings@caudill–law.com |

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page **1**

Debtor **The SmarTV Company LLC**                                                                                   Case number **2:19-bk-50765**

| 6. Bankruptcy clerk's office<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 170 North High Street<br>Columbus, OH 43215-2414 | Hours open 9:00 am – 4:00 pm<br>Monday through Friday<br><br>Contact phone (614)469-6638<br><br>Date: 2/13/19 |
|---|---|---|
| 7. **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 21, 2019 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the court's premises.** | Location:<br><br>**170 North High Street, Suite 100, Columbus, OH 43215** |
| 8. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 9. **Proof of Claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 10. **Abandonment** | Pursuant to L.B.R. 6007-1, the trustee may abandon property listed on the debtor's schedules upon the request of any party in interest or upon the trustee's determination that there is no equity in the property for the benefit of unsecured creditors and that the property is burdensome. Further notice to creditors and other parties in interest is not required for the abandonment of any property unless a party in interest, before the conclusion of the § 341 meeting, files a request for further notice of abandonment with service of such notice on the trustee, or unless further notice is ordered by the court or requested by the trustee. | |

**If you would like to receive all future notices from the Bankruptcy Court electronically (email), you may register for the courts free Electronic Bankruptcy Noticing (EBN) service. EBN is reliable, fast, and efficient. Additional details and registration are available at: https://bankruptcynotices.uscourts.gov**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                  page **2**

Steve Campbell
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Richard Conley
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Nicholas Dalton
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Terrance Malone
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

David Miller
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Sharon Miller
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Michael Schertzer
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Matt Stephey
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Tammy Tull Oakley
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Thomas Leone
c/o Gregory R. Mansell
1457 S. High St
Columbus, OH 43207

Albert, James
2785 Goldenstrand Dr
Hilliard, OH 43026

Bell, Lynn A
1829 Argyle Dr
Columbus, OH 43219

Carr, Geoffrey
410 Sunbury Meadows Dr.
Sunbury, OH 43074

Carr, Ryan
528 Raccoon Lane
Sunbury, OH 43074

Chapman, Christopher
670 Sunbury Meadows Dr
Sunbury, OH 43074

Chapman, Jonathan
7370 Mirliton Court
Galena, OH 43021

Chitrala, Dinesh
8058 Willow Brk Crossing
Blacklick, OH 43004

Daily, Evan P
1658 Parkgate Road
Columbus, OH 43229

Danser, Andrew
964 Saffron Dr
Sunbury, OH 43074

Deluca, Candice
6705 Meadow Creek Dr., #206
Columbus, OH 43235

Dill, Jonathan
9052 Kingsley Dr.
Reynoldsburg, OH 43068

Eichensehr, Eric
6671 Plumb Rd
Galena, OH 43021

Elson, Jason
6027 Deansboro Dr
Columbus, OH 43081

Farrar, Christopher
4512 Crompton Dr
Upper Arlington, OH 43220

Flanagan, Thomas
6156 Jolliff St
Galloway, OH 43119

Flynn, Casey
4737 Silvermoss Dr.
Sarasota, FL 34243

Forsythe, James
1560 Deer Crossing Lane
Worthington, OH 43085

Fraser, Kevin
801 Polaris Parkway, #457
Columbus, OH 43240

Freeland, David
2308 Sedgebrook Ct
Dublin, OH 43016

Freeman, Jarrod
832 Thurber Dr W., Apt. 18
Columbus, OH 43215

| | | |
|---|---|---|
| Greeley, Timothy<br>2783 Shady Ridge Dr<br>Columbus, OH 43231 | Green, Jerry<br>18 Downing Drive<br>Zanesville, OH 43701 | Heffner, Jeanine<br>5754 Privilege Dr<br>Hilliard, OH 43026 |
| Hill, Michael T<br>887 Windbourne St<br>Gahanna, OH 43230 | Hill, Ryan<br>887 Windbourne St<br>Gahanna, OH 43230 | Infante, Michael<br>210 New Castle Dr.<br>Duncan, SC 29334 |
| Johnston, Andrew<br>6126 Alice Dr<br>Westerville, OH 43081 | Keith, Terry H<br>5693 Wena Way<br>Westerville, OH 43081 | Kirk, Marietta<br>103 S. Terrace Ave<br>Columbus, OH 43204 |
| Kobalka, Joseph<br>7581 Bella Dr<br>Columbus, OH 43085 | Krull, Michael<br>8842 Morris Rd.<br>Hilliard, OH 43026 | Kustrin, John<br>8590 GoldLeaf Lane<br>Dublin, OH 43016 |
| Kyle, M. Elizabeth<br>11180 Coop Lane<br>Thornville, OH 43076 | McGuire, John<br>670 Sunbury Meadows Dr<br>Sunbury, OH 43074 | McMullen, Mark<br>1600 Worthington Park Blvd<br>Westerville, OH 43081 |
| McVay, Christopher J<br>539 Braxton Pl W<br>Westerville, OH 43081 | Merhar, Nora<br>457 East Royal Forest Blvd<br>Columbus, OH 43214 | Mokas, Cameron<br>52 Preston Rd<br>Columbus, OH 43209 |
| Moore, Matthew<br>2218 Aschinger Blvd<br>Columbus, OH 43212 | Moorer, Seale<br>2956 Bellflower Lane<br>Naples, FL 34105 | Ng, Kenneth<br>10028 Madison Walk Ave.<br>Las Vegas, NV 89149 |
| Ohlund, Patricia<br>6105 Central Park Dr.<br>Columbus, OH 43231 | Pierce, Donald S<br>842 Wilcox Rd., Unit 2<br>Poplar Bluff, MO 63901 | Rice, Toby<br>33 Southview Dr.<br>Sunbury, OH 43074 |
| Rund, Dennis<br>312 Basswood Street<br>Delaware, OH 43015 | Smith, Jason E<br>3928 Rennes Drive<br>Columbus, OH 43221 | Swary, William<br>1886 Greenglen Ct.<br>Columbus, OH 43229 |
| Thomas, Savannah<br>800 W Maple St.<br>Fayetteville, AR 72701 | Thompson, David<br>2783 Shady Ridge Dr.<br>Columbus, OH 43231 | Thompson, Melissa<br>2783 Shady Ridge Dr.<br>Columbus, OH 43231 |

Turner, Jonathan
3337 Sunglow Dr.
Lewis Center, OH 43035

Unthank, David W
1404 Saddle Ridge Ln
Columbus, OH 43085

Virgin, William K
482 Melimare Dr.
Galena, OH 43021

Watts, Howard L
5736 Cali Glen Ln
Westerville, OH 43082

Wilder, Eric
174 Aspen Court
Delaware, OH 43015

Yagdzhiyants, Artur
117 Green Mill
Blacklick, OH 43004

Zedlitz, Thomas J
39 Hawthorne Dr.
Ashville, OH 43103

Zupko, Brian
1443 Tarragon Dr.
Marysville, OH 43040