Form a0ndcred
(8/14)

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215–2414

| | | |
|---|---|---|
| In Re: | The SmarTV Company LLC | Case No.: 2:19–bk–50765 |
| | Debtor(s) | Chapter: 7 |
| SSN/TAX ID: 45–5479072 | | Judge: John E. Hoffman Jr. |

## Notice of Deficient Filing,
## Order Setting 7 Day Deadline for Compliance
## or Presentation to Bankruptcy Judge

The above−captioned bankruptcy case was initially filed without schedules. The schedules were subsequently filed, but they were not accompanied by a certification as required by Local Bankruptcy Rule 1007−1.

A certification by the debtor that the schedules do not contain any additional or different creditors or other parties in interest is due **SEVEN (7)** days from the date of this Notice and Order.  If there are additional or different creditors or other parties in interest an amendment to the list of creditors must be filed.

If a certification or amended list of creditors is not filed by the deadline, this case shall be presented to the bankruptcy judge for further action, including possible dismissal.

**IT IS SO ORDERED.**

Dated: March 13, 2019

**/s/ BY THE COURT**

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                          Case No. 19-50765-jeh
The SmarTV Company LLC                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0648-2        User: rosanop          Page 1 of 1           Date Rcvd: Mar 13, 2019
                            Form ID: a0ndcred      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2019.
db             +The SmarTV Company LLC,    480 Olde Worthington Rd., Suite 350,    Westerville, OH 43082-7067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2019 at the address(es) listed below:
      Alexis C Beachdell    on behalf of Creditor    Guest Tek Interactive Entertainment Ltd.
       abeachdell@bakerlaw.com
      Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
      Christal  Caudill    on behalf of Trustee Christal L Caudill clcaudill@caudill-law.com
      Christal L Caudill    trusteepleadings@caudill-law.com, ccaudill@ecf.epiqsystems.com
      J Matthew Fisher    on behalf of Debtor    The SmarTV Company LLC fisher@aksnlaw.com,
       doan@aksnlaw.com
      Jeanna M Weaver    on behalf of Creditor    ST Investment Properties LLC jweaver@plunkettcooney.com,
       amyerscough@plunkettcooney.com
      Jonathan S Hawkins    on behalf of Interested Party    Deutsche Bank Trust Company Americas
       jonathan.hawkins@thompsonhine.com, mary.hicks@thompsonhine.com;ECFDocket@thompsonhine.com
      Larry J. McClatchey    on behalf of Creditor    SQN Capital Management, LLC
       lmcclatchey@keglerbrown.com, hmckinley@keglerbrown.com
                                                                                              TOTAL: 8